Lauren Tegan Rodkey (SBN: 275830)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5426
E: tegan@pricelawgroup.com

Youssef H. Hammoud (SBN: 321934)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Richard Loope*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD LOOPE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>　　　　Defendant. | **Case No. 2:18-cv-10111-DMG-JDE**<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Richard Loope and Defendant Comenity Bank, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and Plaintiff expects to file a Notice of Voluntary Dismissal with Prejudice within the next forty-five (45) days.

- 1 -

Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as there are no remaining defendants. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 30th day of January 2019.

/s/ *Youssef H. Hammoud*_____
Youssef H. Hammoud (SBN: 321934)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Richard Loope*

### **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2019 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Elizabeth Nanez*