Lauren Tegan Rodkey (SBN: 275830)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5426
E: tegan@pricelawgroup.com

Youssef H. Hammoud (SBN: 321934)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
*Attorneys for Plaintiff,*
*Richard Loope*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD LOOPE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMENITY BANK,<br><br>　　　　Defendant. | **Case No. 2:18-cv-10111-DMG-JDE**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT COMENITY BANK WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff, Richard Loope, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the action against Defendant Comenity Bank ("Defendant") with prejudice.

The Defendant filed neither an answer to the complaint nor a motion for summary judgment; dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Respectfully submitted this 21st day of February 2019.

**PRICE LAW GROUP, APC**

*/s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com

Lauren Tegan Rodkey (SBN: 275830)
Price Law Group, APC
6345 Balboa Blvd, Suite 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5426
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Richard Loope*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*